FILED
MAY 06 2021
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____EB____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYEL HENDERSON,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS HOLDING COMPANY, LLC,<br><br>Defendant. | Case No.: 3:21-cv-00614-BEN-WVG<br><br>**ORDER GRANTING JOINT MOTION TO STAY ACTION AND ARBITRATE CLAIMS**<br><br>[ECF No. 6] |

This matter comes before the Court on the parties' Joint Motion to Stay the Action and Submit Matter to Binding Arbitration (the "Joint Motion"). ECF No. 6. Finding good cause, the Joint Motion is **GRANTED**. IT IS HEREBY ORDERED that:

1. Plaintiff's claims in this action will be submitted to arbitration pursuant to Charter's Solution Channel program guidelines, and Plaintiff shall file his claims via Solution Channel;

2. This action will be and hereby is **STAYED** pending the resolution of the arbitration proceedings; and

3. The parties are ordered to file a status report on the progress of the arbitration every 90 days as well as within ten (10) days of completion of the arbitration.

**IT IS SO ORDERED.**

Dated: May 5, 2021

HON. ROGER T. BENITEZ
United States District Judge