**THOMPSON COBURN LLP**
**JOHN L. VIOLA, CSB 131407**
jviola@thompsoncoburn.com
**KACEY R. RICCOMINI, CSB 292340**
kriccomini@thompsoncoburn.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

Attorneys for Defendant CHARTER COMMUNICATIONS HOLDING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYEL HENDERSON, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | CASE NO. 3:21-cv-00614-BEN-WVG<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective June 1, 2021, Thompson Coburn LLP, attorneys for Defendant Charter Communications Holding Company, LLC has changed its address as follows:

> THOMPSON COBURN LLP
> 10100 Santa Monica Boulevard, 5th Floor
> Los Angeles, California 90067

All other contact information remains the same.

| | |
|---|---|
| DATED: June 4, 2021 | Respectfully submitted,<br><br>**THOMPSON COBURN LLP**<br><br>By: _s/John L. Viola_<br>    **JOHN L. VIOLA**<br>    **KACEY R. RICCOMINI**<br>    **THOMPSON COBURN LLP**<br>    Attorneys for Defendants CHARTER COMMUNICATIONS HOLDING COMPANY, LLC |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, 19th Floor, Los Angeles, CA 90067.

On June 4, 2021, I served true copies of the following document(s) described as **NOTICE OF CHANGE OF ADDRESS** on the interested parties in this action as follows:

| | |
|---|---|
| Ji-In Lee Houck<br>David Angeloff<br>Cindy Hickox<br>STALWART LAW GROUP, APC<br>MAILING ADDRESS:<br>8605 Santa Monica Blvd., PMB 72538<br>West Hollywood, CA 90069<br>PHYSICAL ADDRESS:<br>1100 Glendon Avenue, Suite 1840<br>Los Angeles, CA 90024<br>Telephone: (310) 954-2000<br>Emails:<br>jiin@stalwartlaw.com<br>david@stalwartlaw.com<br>cindy@stalwartlaw.com | Attorneys for Plaintiff Kyel Henderson |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 4, 2021, at Los Angeles, California.

                                                          s/ Blanca M. Gutierrez
                                                        Blanca M. Gutierrez