Ji-In Lee Houck (SBN 280088)
jiin@stalwartlaw.com
David Angeloff (SBN 272929)
david@stalwartlaw.com
Cindy Hickox (SBN 323016)
cindy@stalwartlaw.com
**STALWART LAW GROUP, APC**
MAILING ADDRESS:
8605 Santa Monica Blvd.
PMB 72538
West Hollywood, CA 90069
PHYSICAL ADDRESS:
1100 Glendon Ave, Suite 1840
Los Angeles, CA 90024
Telephone:  (310) 954-2000

Attorneys for Plaintiff
KYEL HENDERSON

John L. Viola (SBN 131407)
jviola@thompsoncoburn.com
**THOMPSON COBURN LLP**
10100 Santa Monica Boulevard, Suite 500
Los Angeles, CA 90067
Telephone: (310) 282-2500

Attorneys for Defendant
CHARTER COMMUNICATIONS HOLDING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYEL HENDERSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CHARTER COMMUNICATIONS HOLDING COMPANY, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.:  3:21-cv-00614-BEN-WVG <br><br> **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br> *[Filed Concurrently with [Proposed] Order]* <br><br> Action Filed: March 5, 2021 <br> Trial date: None Set |

1  The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: August 3, 2021				STALWART LAW GROUP, APC


						By:__s/Cindy Hickox_____
						CINDY HICKOX
						Attorneys for Plaintiff KYEL HENDERSON


Dated: August 3, 2021				THOMPSON COBURN, LLP


						By:___s/ John Viola_____
						JOHN VIOLA
						Attorneys for Defendant CHARTER
						COMMUNICATIONS HOLDING COMPANY, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Boulevard, Suite 500, Los Angeles, California 90067.

On August 3, 2021, I served true copies of the following document(s) described as **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** on the interested parties in this action as follows:

| | |
|---|---|
| Ji-In Lee Houck<br>David Angeloff<br>Cindy Hickox<br>STALWART LAW GROUP, APC<br>1100 Glendon Avenue, Suite 1840<br>Los Angeles, CA 90024<br>Telephone: (310) 954-2000<br>Emails:<br>jiin@stalwartlaw.com<br>david@stalwartlaw.com<br>cindy@stalwartlaw.com | Attorneys for Plaintiff KYEL HENDERSON |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 3, 2021, at Los Angeles, California.

*s/ Catherine C. Mamayson*
Catherine C. Mamayson